IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT COAKER,

      Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                              12-cv-675-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

      Defendant.

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered granting defendant's motion to dismiss and dismissing this case as untimely.

| /s/ | 12/19/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |